FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

AUG - 1 2007

Civil Action No. 07 - CV - 0 1 6 2 4  2/ω GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

ARISTEDES ZAVARAS,

    Defendant.

---

## ORDER AND JUDGMENT OF DISMISSAL

---

Plaintiff Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado

Department of Corrections (DOC) who currently is incarcerated at the Colorado

Territorial Correctional Facility in Cañon City, Colorado.  Mr. Green has submitted to the

Court *pro se* a document titled "Petition Pursuant to Court Order Seeking Leave to File

a Pro Se Pleading," a Prisoner Complaint for money damages, a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with an uncertified

copy of his trust fund account statement, a motion titled "Motion for Special Court Order

to Disqualify All United States District Court Judges for This Court and to Assign This

Civil Rights Complaint to a Federal Judge From Outside the Tenth Circuit Who Is

Impartial, Objective, and Is Willing and Capable of Obeying and Enforcing the United

States Constitution," and a letter to the clerk of the Court.

The Court has reviewed the documents pursuant to D.C.COLO.LCivR 8.2 and pursuant to the sanction order against Mr. Green, and has determined that the submitted documents are deficient as described in this order. Notwithstanding these deficiencies, the clerk of the Court will be directed to commence this civil action. For the reasons stated below, the action will be dismissed.

Mr. Green, a well-known "frequent filer" in federal courts, has been enjoined permanently from filing any *pro se* civil complaints in this Court without first obtaining leave of Court to proceed *pro se*. *See* Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order.

Mr. Green seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 (2006). In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996). The Court takes judicial notice of the fact that Mr. Green, on three or more prior occasions, while incarcerated, has brought

an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted. *See id.* at 418 ("As of 1981, Mr. Green had filed between 600 and 700 complaints in state and federal courts, many of which had been dismissed as malicious or frivolous.").

Mr. Green's current claims concern his allegations that an unknown person forged his initials on the prison incoming mail ledger for receipt of an order in Lincoln County District Court case number 01-cv-47 granting attorneys fees in the amount of $719.75, which were deducted from his inmate trust fund account. Mr. Green insists that had he personally received a copy of the order, he immediately would have filed a motion in No. 01-cv-47 opposing the order. He also makes allegations about the conditions of his confinement, including overcrowding, interference with his ability to file grievances, limitations on the number of grievances he is allowed to file each month, retaliation for his filing grievances and lawsuits against prison officials, interference with his access to the courts for himself and for litigants for whom he serves as a "jailhouse lawyer," and unequal treatment by prison officials.

Mr. Green contends in his *in forma pauperis* motion that he is under imminent danger of serious physical injury. However, he fails to allege facts in support of this allegation. Moreover, Mr. Green's claims are irrelevant to the question of whether he is under imminent danger of serious physical injury. In addition, Mr. Green alleges, but fails to provide documentation supporting his allegation, that the case manager who provided him with a copy of his trust fund account statement refused to certify it. Therefore, Mr. Green will be denied leave to proceed pursuant to 28 U.S.C. § 1915(g).

3

In addition, the format of the complaint Mr. Green has submitted does not comply with D.C.COLO.LCivR 10.1E. because the complaint is single-spaced, not double-spaced. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that Mr. Green is denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff has failed to pay the filing fee and because his complaint fails to comply with D.C.COLO.LCivR 10.1E. It is

FURTHER ORDERED that the motion titled "Motion for Special Court Order to Disqualify All United States District Court Judges for This Court and to Assign This Civil Rights Complaint to a Federal Judge From Outside the Tenth Circuit Who Is Impartial, Objective, and Is Willing and Capable of Obeying and Enforcing the United States Constitution" is denied as moot. It is

4

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this ___1___ day of _____Aug._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.    07 - CV - 0 1 6 2 4

Clovis Carl Green
Prisoner No.  69277
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____8/1/07

GREGORY C. LANGHAM, CLERK

By:_____
                   Deputy Clerk